2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

JOSE JUAN GOMEZ                 *

VS                              *   MISC. NO. B-01-013

UNITED STATES OF AMERICA        *

## ORDER

The Government is hereby ORDERED to respond to Petitioner's 18 U.S.C. Section 3114 Motion Return of Seized Property on or before **July 16, 2001**.

DONE at Brownsville, Texas, this 14th day of May 2001.

_____
Felix Recio
United States Magistrate Judge