United States District Court
Southern District of Texas
FILED

JUL 1 6 2001

Michael N. Milby
Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| JOSE JUAN GOMEZ | * |
| | * |
| vs. | *   CIVIL ACTION No. MISC B-01-013 |
| | * |
| UNITED STATES OF AMERICA | * |

### UNITED STATES' MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PETITIONER'S 18 U.S.C. §3114 MOTION RETURN OF SEIZED PROPERTY (OPPOSITION UNKNOWN)

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, Respondent herein, by and through Gregory A. Serres, United States Attorney for the Southern District of Texas, respectfully requests the Court for an enlargement of time; to wit: sixty (60) days in which to respond to Petitioner's 18 U.S.C. §3114 motion return of seized property which said response is due July 16, 2001.

In support of this request, the United States submits that the government is still in the process of gathering all necessary facts for this case. As such, the undersigned will need additional time in which to adequately review the litigation report of the facts on this matter in order to submit its answer or otherwise plead on its behalf.

The United States does not seek this extension to cause delay; the United States seeks this extension so that justice may be done.

### STATEMENT OF CONFERENCE

Because the Pro Se plaintiff is incarcerated in a federal prison, the undersigned is unable to contact him to find out his position as to the filing of this motion.

WHEREFORE, PREMISES CONSIDERED, the United States prays that the Court grant its request for an enlargement of time for an additional sixty (60) days in which to respond to Petitioner's motion.

Respectfully submitted,

GREGORY A. SERRES
UNITED STATES ATTORNEY

For: _____, w/permission,
RONALD G. MORGAN
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, TX 78520
(956) 548-2554/Fax (956) 548-2711
State Bar No. 00795014
Federal I.D. No. 23902

Co-Counsel:

For: _____, w/permission,
YONG JUN AN
Assistant United States Attorney
P.O. Box 61129
Houston, Texas 77208
(713) 567-9709

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing United States' Motion for Enlargement of Time to File Response to Petitioner's 18 U.S.C. §3114 Motion Return of Seized Property (Opposition Unknown) was mailed via certified mail, return-receipt requested to Juan Jose Gomez, Pro Se Plaintiff, Prisoner No 92153-079, FCI Beaumont, Unit-GB, P. O. Box 26010, Beaumont, TX 77720-6010 on this the 16th day of JULY, 2001.

_____
For: YONG JUN AN
Assistant United States Attorney

2