U.S. DISTRICT COURT
SOUTHERN DISTRICT TEXAS
FILED

01 JUL 17 PM 4: 48

MICHAEL N. MILBY, CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE JUAN GOMEZ | * | |
| | * | |
| vs. | * | CIVIL ACTION No. MISC B-01-013 |
| | * | |
| UNITED STATES OF AMERICA | * | |

United States District Court
Southern District of Texas
ENTERED

JUL 18 2001

Michael N. Milby, Clerk of Cou
By Deputy Clerk

## ORDER GRANTING UNITED STATES' MOTION FOR AN ENLARGEMENT OF TIME TO FILE RESPONSE

CAME ON to be heard the United States' motion for enlargement of time to file its response to Petitioner's 18 U.S.C. §3114 motion return of seized property and, after due consideration, this Court finds that said motion should be and is hereby **GRANTED**.

It is hereby ORDERED that the government's response be filed on September 17, 2001.

DONE on this the 12th day of July, 2001 in Brownsville, Texas.

FELIX RECIO
United States Magistrate Judge