United States District Court
Southern District of Texas
FILED

SEP 1 7 2001

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE JUAN GOMEZ, | § | |
| Plaintiff, | § | |
| v. | § | MISC COMPLAINT B-01-013 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Defendant. | § | |

## UNITED STATES' MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America moves for summary judgement, pursuant to Fed. R. Civ. P. 56 because there is no genuine issue as to any material fact and the moving party is entitled to a judgment as a matter of law.

## FACTS

On May 4, 1997, Jose Juan Gomez voluntarily surrendered the seized currency in the amount of $5,516.00 which was seized by Officer Rick C. Magana. (Exhibit A: Voluntary Surrender of Seized Currency Form)

On December 29, 1998, a Complaint for Forfeiture was filed. (Exhibit B) The Complaint was personally delivered to Jose Juan Gomez on March 17, 1999 and to Gomez's attorney, Angel Castro on same day. (Exhibit C)

On May 11, 1999, the government filed a motion for default judgement attaching a publication notice. (Exhibit D)

On June 24, 1999, U.S. District Judge Nancy Atlas signed a Final Judgement of Forfeiture. (Exhibit E)

On May 7, 2001, Jose Juan Gomez filed a Motion for Return of Property.

## ARGUMENT

Jose Juan Gomez's motion raises following six issues:

1. Jurisdiction,

2. Trespassing and violation of Rule 41(e) of the Federal Rules of Criminal Procedure,

3. 4th Amendment Rights violations.

4. The seizure of the currency did violate the 4th and 14th Amendment Clauses of the United States Constitution,

5. Violation of 28 U.S.C. Section 1346,

6. Violation of 28 U.S.C. Section 2402.

However, the proper place to litigate the legality of the seizure was in the forfeiture proceeding. *Castleberry v. Alcohol, Tobacco, & Firearms Div.*, 530 F.2d 672, 675 (5th Cir. 1976). Gomez failed to comply with statutory requirements of filing a claim for seeking a judicial determination. On June 24, 1999, U.S. District Judge Nancy Atlas signed a Final Judgement of Forfeiture. According to Fed. R. App. P. 4(a)(1) a notice of appeal must be filed with the district clerk within 30 days after the judgment. The time to appeal has expired.

Rule 41(e) is a rule of criminal procedure and does not apply to the civil forfeiture of property for a violation of a federal statute. Consequently, Rule 41(e) cannot provide a jurisdictional basis in a civil action. See *United States v. Robinson*, 78 F.3d 172, 174 (5th Cir. 1996); *United States v. Hernandez*, 911 F.2d 981, 983 (5th Cir. 1990) (per curiam)(Finding Rule 41(e) inapplicable in suit for the return of property subject to civil forfeiture).

## STATEMENT OF CONFERENCE

Because the Pro Se plaintiff is incarcerated in a federal prison, the undersigned is unable to contact him to find out his position as to the filing of this motion

2

## CONCLUSION

In light of the foregoing, the United States Rule 56 Motion for Summary Judgement should be granted because there is no genuine issue as to any material fact and the moving party is entitled to a judgment as a matter of law.

Respectfully submitted,

GREGORY A. SERRES
United States Attorney

By: _____

RONALD G. MORGAN
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, TX 78520
State Bar No. 00795014
Federal I.D. No. 23902

Co-Counsel:

By: _____

YONG JUN AN
Assistant United States Attorney
P.O. Box 61129
910 Travis, Suite 1500
Houston, TX 77208
713/567-9709

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached United States' Motion for Summary Judgement was sent by certified mail to Jose Juan Gomez, FPC-Beaumont, Unit-G, P. O. Box 26010, Beaumont, TX 77720-6010, on this the 17th day of **SEPTEMBER**, 2001.

_____
YONG JUN AN
Assistant United States Attorney

## VOLUNTARY SURRENDER OF SEIZED CURRENCY

STATE OF TEXAS                          _____ DISTRICT COURT

Victoria _____ COUNTY

        VS.

$ __5,516.00_____ U.S. CURRENCY

Voluntary Surrender of Seized Currency in the amount of
$ 5,516.00 _____ dollars.


Let it be known that I _____Jose Juan Gomez_____, having
been advised of my constitutional rights, which I understand and
hereby waiver, do hereby acknowledge that on May 4th. 1997 ,
Officer ___Rick C. Magana_____ of the Texas Dept. Of Public Safety
_____ arrested me, charged me with _____
Having no charges against me _____.

I admit that these monies derived from prior narcotics trafficking
and voluntarily surrender all rights, ownership, and claims of
ownership of said monies, mainly the _5,516.00_____
which was seized by Rick C. Magana_____ on May 4th. 1997 ,
in ___Victoria_____ County, Texas.

Furthermore, I should note that I make this declaration
voluntarily, without threats, promises of any kind, or any form of
duress. I am of same mind and body. I voluntarily release and
surrender these monies to the custody and control of Victoria
___District Attorney Office_____.

These monies are hereby seized and surrendered under authority of
the TEXAS CODE OF CRIMINAL PROCEDURES, Chapter 59, Section 50.02
and 59.03.

SIGNED: _Jose Gomez_____

DATED: _5/04/97_____ AT ____4:41____ am/pm

Affiant
SWORN AND SUBSCRIBED before me on the ___4_____ day of
_____, 1997.

_Michael L. Williams_____
Notary Public, State of Texas
My Commission Expires: _1-9-99_

MICHAEL L. WILLIAMS
Notary Public, State of Texas
My Commission Expires Jan 7, 1999

GOVERNMENT EXHIBIT "A"

09/17/2001 MON 12:24 FAX 7137183304          US ATTY FRAUD SECTION                    ⍰002

# UNITED STATED DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

UNITED STATES OF AMERICA          }
                                  }
          v.                      }   Civil Action No. H-**H-98-4327**
                                  }
(1) $1,190.00 (ONE THOUSAND ONE   }
HUNDRED NINETY DOLLARS)           }
(2) $2,156.00 (TWO THOUSAND       }              UNITED STATES COURTS
ONE HUNDRED FIFTY SIX DOLLARS }            SOUTHERN DISTRICT OF TEXAS
(3) $2,020.00 (TWO THOUSAND       }                     FILED
TWENTY DOLLARS) FOR A TOTAL       }
OF $5,366.00 (FIVE THOUSAND       }              DEC 29 1998  **EE**
THREE HUNDRED SIXTY-SIX           }
DOLLARS) IN U.S. CURRENCY         }         MICHAEL N. MILBY, CLERK OF COURT
                                  }

## COMPLAINT FOR FORFEITURE IN REM

The United States of America, Plaintiff, by and through its United States Attorney for the

Southern District of Texas, files this civil cause of forfeiture against $1,190.00, $2,156.00, and

$2,020.00 for a grand total of $5,366.00 (Five Thousand Three Hundred Sixty-Six Dollars) in U.S.

Currency (hereinafter referred to as the "Defendant Currency"), and alleges:

   1.       This is a civil action in rem brought to enforce the provisions of 21 U.S.C.

§ 881(a)(6), in which the Defendant Currency was used or intended to be furnished in exchange for a

controlled substance or represented proceeds traceable to such an exchange in violation of 21 U.S.C.

§ 801 et seq

   2        This Court has jurisdiction of this action pursuant to 28 U.S.C. §§ 1345 and 1355.

   3        The Defendant Currency is, and will remain within the jurisdiction of this Court

during the pendency of this action.

   4        On or about May 4, 1997, at approximately 8:48 A.M., Trooper Rick Magana of the

Texas Department of Public Safety conducted a traffic stop on U.S. 59 in Victoria County.  Trooper



GOVERNMENT
EXHIBIT
"B"

Magana stopped the blue 1990 Mercury 4-door vehicle bearing Texas license plate SSY-35Z, after

noticing that the two passengers were not wearing seat belts. too much tint was present on the

windows, and the vehicle failed to drive in a single lane

The driver was Arturo Cortez of 3575 E 27th Street. Brownsville, Texas   Cortez stated that

the owner of the vehicle was Jose Juan Gomez, of 2001 Old Port Isabel. # 24, Brownsville. Texas,

who was in the back seat of the vehicle   The front seat passenger identified himself as Mario Alberto

Banos of 218 Manzano Street. Brownsville, Texas

Trooper Magana noticed that all three occupants were very nervous.  The three men gave

conflicting stories as to where they had been.  All three occupants avoided eye contact and hesitated

in answering routine questions.  Trooper Magana asked for and received written consent from the

owner and driver to search the vehicle.

Trooper Magana and a K-9 unit examined the Mercury's interior where they found a large

bundle totaling $1,190 00 in U S. currency fastened together by rubber and another bundle totaling

$800 in U.S currency.  Both bundles were fastened by rubber bands in a manner used by drug

dealers.  At this time, Trooper Magana was contacted by his office in Victoria and advised that

Mario Alberto Banos had a criminal arrest on 2/13/97 by the Brownsville Police Department for

felony possession of marijuana.

At that time, Trooper Magana searched each occupant of the vehicle individually after

advising them of their Constitutional Rights. Banos had $1,060.00 in his left front pocket and

$960.00 in his right front pocket; Cortez had $150 00; Gomez had $1,261.00 in his back right pocket

and $95 00 in his wallet.  Trooper Magana seized a total of $5,516.00 in U.S. currency.

All three individuals were transferred to the Department of Public Safety office in Victoria

Gomez, Banos, and Cortez gave an oral voluntary statement stating that the $5,516.00 in U S

currency did not belong to them. All three individuals signed a voluntary U S Currency Surrender

form (attached exhibit A) denying the ownership of the currency. The amount of $150 00 was

returned and $5,366 00 was retained pending forfeiture

WHEREFORE. Plaintiff requests that

(1) Monition issue according to the normal procedure of this Court citing all persons having

an interest in the Defendant Currency to appear on the return day of process by filing a claim and

answer pursuant to Rule C(6). Supplemental Rules for Certain Admiralty and Maritime Claims. or as

ordered by this Court;

(2) A Warrant of Arrest in rem issue to the United States Marshal commanding him to

execute process on the Defendant Currency;

(3) A judgment of forfeiture to the United States be decreed against the Defendant Currency;

and

(4) An award for costs and other and further relief to which the Plaintiff may be entitled.

Respectfully submitted,

JAMES H. DeATLEY
United States Attorney

By

YONG EUN AX
Assistant United States Attorney
910 Travis St., Ste. 1500
P. O. Box 61129
Houston, Texas 77208
(713) 567-9709
FAX (713) 718-3308

Case 1:01-mc-00013   Document 5   Filed in TXSD on 09/17/2001   Page 8 of 19

# VERIFICATION

I, Christopher P Cole, am a Special Agent of the Federal Bureau of Investigation and the agent assigned the responsibility for the case.

I have read the contents of the foregoing Complaint for Forfeiture and state that the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the ___21ˢᵗ___ day of December, 1998

_____

CHRISTOPHER P. COLE
Special Agent, FBI

Case 1:01-mc-00013   Document 5   Filed in TXSD on 09/17/2001   Page 9 of 19

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached

**Complaint for Forfeiture In Rem**

will be sent by certified mail to the party listed below on this the 2ᵈ day of December, 1998.

Angel Castro, Esq.
302 Kings Highway
Brownsville, TX 78521
Atty for Jose Juan Gomez

YONG JUN AN
Assistant United States Attorney

**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | B-98-4327 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $1,190.00, $2,156.00 and $2,020.00 totaling $5,366.00 IN U.S.CURRENCY | COMPLAINT FOR FORFEITURE |

**SERVE** ➡

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

JOSE JUAN GOMEZ

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

2001 Old Port Isabel, #24, Brownsville, Cameron Cty, Texas

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AUSA YONG AN
UNITED STATES ATTORNEYS OFFICE
P.O.BOX 61129
HOUSTON, TEXAS   77208-1129

Number of process to be served with this form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PLEASE SEE ATTACHMENT.

PERSONAL SERVICE REQUIRED

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 713/567-9709 | DATE 3-10-99 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date 3-10-99 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)

| Date of Service 3/2/99 | Time 6 40 ☑ am ☐ pm |
|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee $40.00 | Total Mileage Charges (including endeavors) $3.2 | Forwarding Fee | Total Charges $43 25 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

GOVERNMENT EXHIBIT "C"

NOTE

PRIOR EDITIONS

Case 1:01-mc-00013   Document 5   Filed in TXSD on 09/17/2001   Page 11 of 19

Ø009

U.S. Department of Justice
United States Marshals Service

## PROCESS RE PT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| **UNITED STATES OF AMERICA** | **H-98-4327** |

| DEFENDANT $1,190.00, $2,156.00 and $2,020.00 totaling | TYPE OF PROCESS |
|---|---|
| **$5,366.00 IN U.S. CURRENCY** | **COMPLAINT FOR FORFEITURE** |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE** ➡ | **ANGEL CASTRO** |
| **AT** | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | **302 Kings Hwy., Suite 107, Brownsville, TX   78521** |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| **AUSA YONG AN**<br>**UNITED STATES ATTORNEYS OFFICE**<br>**P.O.BOX 61129**<br>**HOUSTON, TEXAS   77208-1129** | Number of process to be served with this Form - 285<br><br>Number of parties to be served in this case<br><br>Check for service<br>on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                                                 Fold

**PLEASE SEE ATTACHMENT.**

**PERSONAL SERVICE REQUIRED**

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| *[signature]* | **713/367-9709** | **3-10-99** |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | **1** | **79** | **79** | *Barbara Lowe* | **3-10-99** |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: **3/?/99**   Time: **12 30** ☐am ☒pm |
| | Signature of U.S. Marshal or Deputy *[signature]* |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U S Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| **$40.00** | **3 90** | | **$43.90** | | | |

REMARKS:

NOTE

Case 1:01-mc-00013   Document 5   Filed in TXSD on 09/17/2001   Page 12 of 19

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

United States Court
Southern District of Texas
FILED

**MAY 1 1 1999**  HC

Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| v | § CIVIL ACTION NO. H-98-4327 |
| | § |
| ONE THOUSAND ONE HUNDRED NINETY | § |
| DOLLARS AND NO/100 ($1,190.00); AND | § |
| TWO THOUSAND ONE HUNDRED FIFTY-SIX | § |
| DOLLARS AND NO/100 ($2,156.00); AND | § |
| TWO THOUSAND TWENTY DOLLARS | § |
| AND NO/100 ($2,020.00) FOR A TOTAL | § |
| OF FIVE THOUSAND THREE HUNDRED | § |
| SIXTY-SIX DOLLARS AND NO/100 | § |
| ($5,366.00) IN UNITED STATES CURRENCY, | § |
| | § |
| Defendants. | § |

## MOTION FOR DEFAULT JUDGMENT

The United States of America, by and through its United States Attorney for the Southern District of Texas, moves this Court for the entry of a Default Judgment against the Defendant Currency, and as grounds therefore states:

1.    A Verified Complaint was filed in this matter on December 29, 1998.

2.    The complaint contains sufficient facts of probable cause to warrant forfeiture of the Defendant Currency.

3.    Service of the complaint was made upon known potential Claimant, Jose Juan Gomez.

4.    The United States Marshal Service effected service upon unknown potential Claimant by publication of the monition on January 18, 25 and February 1, 1999 as shown in attached Exhibit "A".



GOVERNMENT
EXHIBIT
"D"

Case 1:01-mc-00013   Document 5   Filed in TXSD on 09/17/2001   Page 13 of 19

5       Both defendant Jose Juan Gomez and defendant attorney, Angel Castro were personally served on 3/17/99 by the U.S. Marshal Service as shown in attached Exhibits "B" and "C"

6       Pursuant to Rule C(6), Supplemental Rules for Certain Admiralty and Maritime Claims, the Claimant of seized property is required to file his claim within ten days and his answer within 20 days after process has been executed.

7.      No other claims or answers have been filed.

8.      Angel Castro, Attorney for Jose Juan Gomez, did not return a motion regarding his opposition to this motion and is therefore, presumed to be in opposition.

WHEREFORE, Plaintiff requests that the Court enter a default judgment against the Defendant Currency.

Respectfully submitted,

MERVYN M. MOSBACKER
United States Attorney

By: _____
YONG JUN AN
Assistant United States Attorney
910 Travis, Suite 1500
P.O. Box 61129
Houston, Texas 77208
(713) 567-9709

09/17/2001 MON 12:29 FAX 7137183304     US ATTY FRAUD SECTION                  ☑012

JAN 15 '99 07:46 FR USMS  TIZED ASSETS   713 718 4849 TO CHRONICLE          P.03/04

## PUBLIC VOUCHER FOR ADVERTISING

| | | FOR AGENCY USE ONLY |
|---|---|---|
| RTMENT OR ESTABLISHMENT, BUREAU OR OFFICE | DATE PREPARED | VOUCHER NUMBER |
| PT. OF JUSTICE | 01/15/99 | |
| E VOUCHER PREPARED | | SCHEDULE NUMBER |
| S. MARSHALS SERVICE, HOUSTON.  CASE # | H-98-4327 | |
| E OF PUBLICATION | | PAID BY |
| ouston Chronicle | | |
| E OF PUBLISHER OR REPRESENTATIVE | | |
| s Crane | | |
| ESS   (Street, room number, city, State, and ZIP code) | | |
| 01 Travis, Houston, TX 77002 | | |

### CHARGES

| FACE | (size of type) | | (inch, square, word, or folio) | |
|---|---|---|---|---|
| | | POINT PER | | |
| | NUMBER OR LINES  (indicate counted or spaces) | COST PER LINE | TOTAL COST | |
| FIRST INSERTION 9307456 | 58 | 8.39 | $ 486.62 | |
| ADDITIONAL INSERTIONS GIVE NUMBER >9417318 | 116 | 8.39 | 973.24 | |
| 9635739 | | | | |

| | | COST PER UNIT | TOTAL COST | |
|---|---|---|---|---|
| FIRST I | | $ | $ | |
| ADDITIO | | | | |
| GIVE NL | | | | |
| T | | TOTAL LINE RATES | $ | |
| ach one cop | | AND OTHER RATES | $ | |
| y of vouche | | LESS DISCOUNT AT % | | |
| | | BALANCE DUE | $ 1459.86 | |
| | | VERIFIED  (Initials) | BC | |

represents a                                   and copy, which has been completed.

ATURE OF PUBLISHER OR REPRESENTATIVE
*chi Edwards*

| CCT. REC. SUPERVISOR | DATE FEBRUARY 12, 1999 |
|---|---|

### FOR AGENCY USE ONLY

| ERTISEMENT PUBLISHED IN | DATE PUBLISHED |
|---|---|
| ouston Chronicle | 01/18/99; 01/25/99; 02/01/99 |

ertify that the advertisement described above appeared in the named publication and that this account is correct and eligible for
yment

| GNATURE AND TITLE OF CERTIFYING OFFICER | DATE |
|---|---|

| GNATURE AND TITLE OF AUTHORIZING OFFICER | DATE |
|---|---|

| ACCOUNTING CLASSIFICATION | | PAID BY CHECK NUMBER |
|---|---|---|
| | 97-FBI-002210   $486.62 | |
| | 97-FBI-002466   $486.62 | |
| 15 9 5042 a/c 2503 | 97-FBI-002467   $486.62 | |

If the ability to certify and authority to approve are combined in one person enter "N/A" (not applicable) here.



GOVERNMENT EXHIBIT "A"

09/17/2001 MON 12:30 FAX 7137183304          US ATTY FRAUD SECTION                    ☑013

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RE⬤ T AND RETURN**<br>See Instructions for "Se...ce of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>H-98-4327 |
|---|---|
| DEFENDANT  $1,190.00, $2,156.00 and $2,020.00 totaling<br>$5,366.00 IN U.S. CURRENCY | TYPE OF PROCESS<br>COMPLAINT FOR FORFEITURE |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY CORPORATION ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>ANSEL CASTRO |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 302 Kings Hwy., Suite 107, Brownsville, TX   78521 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be<br>served with this Form - 285 | |
|---|---|---|
| AUSA YONG AN<br>UNITED STATES ATTORNEYS OFFICE<br>P.O.BOX 61129<br>HOUSTON, TEXAS   77208-1129 | Number of parties to be<br>served in this case | |
| | Check for service<br>on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses. All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                                Fold

        PLEASE SEE ATTACHMENT.

        PERSONAL SERVICE REQUIRED.

| Signature of Attorney or other Originator requesting service on behalf of:<br>*[signature]* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>713/567-9709 | DATE<br>3-10-99 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total<br>number of process indicated.<br>(Sign only first USM 285 if more<br>than one USM 285 is submitted) | Total Process<br>1 | District<br>of Origin<br>No. 79 | District<br>to Serve<br>No. 79 | Signature of Authorized USMS Deputy or Clerk<br>Barbara Lowe | Date<br>3-10-99 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| Address (complete only if different than shown above) | Date of Service<br>3/17/99 | Time<br>12 30 | ☐ am<br>☒ pm |
| | Signature of U.S. Marshal or Deputy<br>*[signature]* | | |

| Service Fee<br>$40 00 | Total Mileage Charges<br>(including endeavors)<br>3 90 | Forwarding Fee | Total Charges<br>$43.90 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

[blacked out box]                          NOTE

| PRIOR EDITIONS | 3. NOTICE OF SERVICE | FORM USM-285 |
|---|---|---|

09/17/2001 MON 12:31 FAX 7137183304          US ATTY FRAUD SECTION                    ☒014

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RE    AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF UNITED STATES OF AMERICA | COURT CASE NUMBER B-98-4327 |
|---|---|
| DEFENDANT $1,190.00, $2,156.00 and $2,020.00 totaling $5,366.00 IN U.S.CURRENCY | TYPE OF PROCESS COMPLAINT FOR FORFEITURE |

| SERVE ➤ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | JOSE JUAN GOMEZ |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 2001 Old Port Isabel, #24, Brownsville, Cameron Cty,.Texas |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| AUSA YONG AN | Number of process to be served with this Form - 285 | |
| UNITED STATES ATTORNEYS OFFICE | Number of parties to be served in this case | |
| P.O.BOX 61129 | | |
| HOUSTON, TEXAS   77208-1129 | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**PLEASE SEE ATTACHMENT.**

**PERSONAL SERVICE REQUIRED**

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 713/567-9709 | DATE 3-10-99 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk Barbara Lowe | Date 3-10-99 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | A person of suitable age and discretion then residing in the defendant's usual place of abode. ☐ |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service 3/17/99 | Time 6 40 | am / pm |
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee $4 000 | Total Mileage Charges (including endeavors) 3 2 | Forwarding Fee | Total Charges $43 25 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Default Judgment

Including Exhibits was mailed by certified mail, return receipt requested to the below listed individual,

on this the ___11___ day of ___MAY_____, 1999

Angel Castro
302 Kings Highway
Brownsville, TX      78521
Attorney for Jose Juan Gomez

YONG JUN AN
Assistant United States Attorney

---

P 613 209 219

US Postal Ser
**Receipt**
No Insurance
Do not use fo
Sent to
Street & Numbe
Post Office, Sta
Postage
Certified Fee
Special Delivery
Restricted Del
Return Receipt
Whom & Date i
Return Receipt Sh
Date, & Addressee
TOTAL Postag
Postmark or Da

Angel Castro
Attorney at Law
302 Kings Highway
Brownsville, TX  78521

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

3. Article Addressed to:

Angel Castro
Attorney at Law
302 Kings Highway
Brownsville, TX  78521

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

4a. Article Number
P-613-209-219

Type
☑ Certified
☐ Insured
☐ COD

5-14-99

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, December 1994      102595-98-B-0229      Domestic Return Receipt

Thank you for using Return Receipt Service.

Case 1:01-mc-00013   Document 5   Filed in TXSD on 09/17/2001   Page 18 of 19

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. H-98-4327 |
| | § |
| ONE THOUSAND ONE HUNDRED NINETY | § |
| DOLLARS AND NO/100 ($1,190.00); AND | § |
| TWO THOUSAND ONE HUNDRED FIFTY-SIX | § |
| DOLLARS AND NO/100 ($2,156.00); AND | § |
| TWO THOUSAND TWENTY DOLLARS | § |
| AND NO/100 ($2,020.00) FOR A TOTAL OF | § |
| FIVE THOUSAND THREE HUNDRED | § |
| SIXTY-SIX DOLLARS AND NO/100 | § |
| ($5,366.00) IN UNITED STATES CURRENCY, | § |
| | § |
| Defendants. | § |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUN 2 2 1999

Michael N. Milby, Clerk

## FINAL JUDGMENT OF FORFEITURE

Plaintiff, United States of America has moved this Court, pursuant to Rule 55 of the Federal

Rules of Civil Procedure, for entry of a final judgment by default. Plaintiff has shown that there was

probable cause for seizure of the Defendant Currency, that a Complaint for Forfeiture was filed, that

the known potential Claimants of the Defendant Currency were each mailed a copy of the Complaint,

and that any and all other unknown potential Claimants have been served by publication. However,

no one has filed a proper claim to the Defendant Currency. Therefore, it is hereby;

ORDERED, ADJUDGED AND DECREED:



GOVERNMENT
EXHIBIT
"E"

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE JUAN GOMEZ, | § | |
| Plaintiff, | § | |
| v. | § | MISCELLANEOUS NO. B-01-013 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Defendant. | § | |

## ORDER GRANTING SUMMARY JUDGEMENT

The United States of America has moved this Court, under Rule 56 of the Federal Rules of

Civil Procedure, for entry of a Summary Judgement.  After considering the motions submitted by

both parties, the Court concludes that the United States' Motion for Summary Judgement should be

granted because there is no genuine issue as to any material fact and the United States is entitled to

a judgment as a matter of law because the proper place to litigate the legality of the seizure was in

the forfeiture proceeding.

THEREFORE, IT IS ORDERED that the United States' Motion for Summary Judgement

is hereby GRANTED and the Motion for Return of Property filed by Jose Juan Gomez is

DISMISSED.

Signed this the ____ day of _____, 2001 in Brownsville, Texas.


_____ ____

UNITED STATES MAGISTRATE JUDGE