7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

NOV 0 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE JUAN GOMEZ, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | MISC COMPLAINT B-01-013 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Defendant | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be adopted and the Government's Motion for Summary Judgment should be GRANTED.

DONE in Brownsville, Texas on this _____ day of _____ 2001.

_____
Hilda G. Tagle
United States District Judge

4